**Fill in this information to identify your case:**

Debtor 1   __Thomas Gerard Shimota__
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   _____        _____        _____
          First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number   23-31016
(if known)

RECEIVED

MAY 3 0 2023

TIME: _____

CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

☐ is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  B&T INVESTMENTS, LLC<br>1401 MAIN STREET EAST<br>NEW PRAGUE, MN 56071 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>CRAIG FOSS |
| 3.2  B&T INVESTMENTS, LLC<br>1401 MAIN STREET EAST<br>NEW PRAGUE, MN 56071 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>ASSOCIATED BANK |
| 3.3  B&T INVESTMENTS, LLC<br>1401 MAIN STREET EAST<br>NEW PRAGUE, MN 56071 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>WEX BANK CIRCLE K/HOLIDAY |

Debtor 1   **Thomas Gerard Shimota**

Case number *(if known)*   **23-31016**

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.4   **ELIZABETH SHIMOTA**<br>**9565 NORWAY HILLS TRAIL**<br>**LAKEVILLE, MN 55044** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**FIRST FARMERS & MERCHANTS BANK** |
| 3.5   **Michelle MacDonald** | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**US BANK** |
| 3.6   **Michelle MacDonald** | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**LOAN DEPOT** |

Official Form 106H

Schedule H: Your Codebtors

Page 2 of 2