# United States Bankruptcy Court
## District of Minnesota

In re: Thomas Gerard Shimota, Debtor(s)

Case No. 23-31016
Chapter 13

# VERIFICATION OF CREDITOR MATRIX

RECEIVED
MAY 30 2023
TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: 5/30/2023

_____
Thomas Gerard Shimota
Signature of Debtor

ASSOCIATED BANK
PO BOX 790408
ST. LOUIS MO 63179

B&T INVESTMENTS, LLC
1401 MAIN STREET EAST
NEW PRAGUE MN 56071

CASSANDRA WOLFGRAM
DOHERTY, MOLENDA, SOLFEST
14985 GLAZIER AVE
APPLE VALLEY MN 55124

CRAIG FOSS
26 10TH STREET WEST
ST. PAUL MN 55102

ELAN FINANCIALS SERVICES
PO BOX 108
ST. LOUIS MO 63166-0108

ELIZABETH SHIMOTA
9565 NORWAY HILLS TRAIL
LAKEVILLE MN 55044

ERIC MALMBERG
SULLIVAN GROUP/REMAX ADVANTAGE
13875 HWY13 SOUTH FRONT RD
SAVAGE MN 55378

FIRST FARMERS & MERCHANTS BANK
112 SOUTH MAIN STREET
LE SUEUR MN 56058

LISA HERTAUS
121 MAIN ST E #A
NEW PRAGUE MN 56071

OLD REPUBLIC TITLE
11055 WAYZATA BLVD
MINNETONKA MN 55305

RON HERTAUS
121 MAIN ST E #A
NEW PRAGUE MN 56071

TREVOR HOUN
SULLIVAN GROUP/REMAX ADVANTAGE
1301 1ST STREET NE
NEW PRAGUE MN 56071

US BANK VISA
PO BOX 790408
ST. LOUIS MO 63179-0408

WEX BANK CIRCLE K/HOLIDAY
PO BOX 639
PORTLAND ME 04104-0639

Patrick Sullivan Sullivan Group/Remax Advantage
1301 1st Street NE
New Prague, MN 56071