UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Thomas Gerard Shimota  
asf B&T INVESTMENTS LLC

NOTICE OF APPEARANCE
AND REQUEST FOR
NOTICE

Debtors

Chapter 13, Case No. 23-31016 KLT

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes an appearance on behalf of:

loanDepot.com, LLC,

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) except for motions for relief from the automatic stay brought by secured creditors to pursue collateral in which we do not have any recorded interest, served or filed in this case upon the undersigned at the office address and telephone number set forth below.

    loanDepot.com, LLC  
    c/o LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P  
    4500 Park Glen Road, Suite 300  
    Minneapolis, MN 55416  
    (952) 925-6888

Dated: June 9, 2023

    LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P

    By:    /E/Kevin T. Dobie  
      Kevin T. Dobie, #388322  
      Attorney for Movant  
      4500 Park Glen Road, #300  
      Minneapolis, MN 55416  
      (952) 925-6888  
      kevin@minnesotamortgagelaw.com