June 1, 2023

Christin Rutherford-Block
Office of the Clerk of the Appellate Courts
305 Minnesota Judicial Center
St. Paul, MN 55155

Re: Elizabeth Shimota v. Thomas Shimota Scott County Court file no. 70-cv-18-6768
    Appellate court file no. A23-0777

Dear Ms. Rutherford-Block:

I am in receipt of an exparte letter to you from Cassandra Wolfgram, Doughterty Molenda, Respondents in the above matter, on 5-30, 2023, received only today, by mail, June 1 , two days after her mailing to you.

I object to her letter and demand of the Appellate Court, instructing you, clerk, how you are to proceed.

Without waiving my objections, I can continue to proceed with the district court case, and this appeal, of my own volition, and there are no prohibitions as to me proceeding.

I can provide additional research if needed.

Thank you.

*[signature]*

Thomas Shimota

cc. Cassandra Wolfgram

EXHIBIT G