June 1, 2023

Christin Rutherford-Block
Office of the Clerk of the Appellate Courts
305 Minnesota Judicial Center
St. Paul, MN 55155

Re: Elizabeth Shimota v. Thomas Shimota Scott County Court file no. 70-cv-18-6768
    Appellate court file no. A23-0777

Dear Ms. Rutherford-Block:

This is a follow up to my earlier letter objecting to the exparte letter to you from Cassandra Wolfgram, Doughterty Molenda, dated May 30, 2023.

The Federal Rules of Bankruptcy procedure, Rule 6009, Prosecution and Defense of Proceedings by Debtor, authorizes me to prosecute and defend these and other proceedings despite the Chapter 13 bankruptcy.

Upon further review of her letter, I discern that Ms. Wolfgram is not only misrepresenting the law, but requesting a restraining order from your court, asking that your court *"order that Mr. Shimota cannot file any documents, papers, motions, or other filings until the Court issues a further order after the bankruptcy court either grants relief or the proceeding conclude"*

Thank you.

Sincerely,

Thomas Shimota

cc. Cassandra Wolfgram

