**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:    Thomas Gerard Shimota                                                Case No. 23-31016

                Debtor(s).

**AFFIDAVIT OF MAILING**

STATE OF MINNESOTA    )
                                              )  ss.
COUNTY OF DAKOTA       )

     Thomas Gerard Shimota, being first duly sworn, deposes and says:  That on June 9, 2023, he served the attached Notice of Hearing and Motion, Memorandum with Exhibits,  and the Writ, In re Thomas Shimota, Petitioner v. Elizabeth Shimota, Respondent, Writ of Prohibition, or in the alternative Writ of Mandamus Directed to the Scott County District Court and Officers of the Court, Minnesota Court of Appeals Case No. A23-0776, May 25, 2023 *upon the following named individuals and/or institutions therein, by depositing a true and correct copy thereof in the United States Mail in the City of West St. Paul, County of Dakota, State of Minnesota, with postage prepaid, in envelopes directed and addressed to said individuals and/or institutions as follows:

1.      All creditors of debtor, as named in and at the address stated in the creditors' mailing matrix filed in this case consisting of 2 pages.

2.      The United States Trustee, Robert B. Raschke, office, 300 South 4th Street, Ste 1015, Minneapolis, Minnesota 55415

3.      Bankruptcy Trustee, Gregory A. Burrell, 100 South 5th Street, Suite 480, Minneapolis, MN 55402

4.      The debtor, debtor's attorney,trustee or examiner if any, the attorney for and each member of every appointed official committee, any creditor who has requested notice under Rule 2002(i), and any attorney who has filed a notice of appearance under Rule 9010(b) – none known.

5.      The following interested parties:

Patrick G. Sullivan,                                        on matrix added
1301  1st Street NE,
New Prague, MN 56071,

Notice after learning of identity:

Paloma Tripp
DOMA
138 West Main Street
New Prague, MN 56071

Tracey Ziskovsky
DOMA
85 South Park Ave
Le Center, MN 56057

\* And proposed order

Julie May, VP, Mortgage Dept
Lakeview Bank
9725 163rd Street West
Lakeville, MN

Holly Larson
Loan Administrator
Lakeview Bank
9725 163rd Street West
Lakeville, MN 55044

Mike Puppe, President
Lakeview Bank
9725 163rd Street West
Lakeville, MN 55044

Laura Rynd
Scott County Abstract & Title
223 S. Holmes Street
Shakopee, MB 55379

Tracey Ziskovsky
DOMA
138 West Main Street
New Prague, MN 56071

DOMA Insurance Agency of Minnesota, Inc.
85 South Park Avenue
LeCenter, MN 56057

Jason Cobb Scalcucci, Esq
Senior Claims Counsel, VP
760 NW 107th Avenue, Suite 401, Suite 401
Miami Florida 33172

Amy Beam
Claims Specialist
760 NW 107th Avenue, Suite 401
Miami, FL  33172

Julie May, VP
Mortgage Dpt
Lakeview Bank
9725 163rd Street West
Lakeville, MN 55044

Holly Larson, Loan Administration
Lakeview Bank
9725  163rd Street W,
Lakeview, MN

Max Simkoff, CEO
DOMA
Headquarter
760 NW 107th Ave, Suite 401
Miami, FLA  33172

Associated Bank
Att:Andy.hessburg
2999 County Road 42 West #130
 Burnsville, MN55306

**I declare under penalty of perjury that everything I have stated in this document is true and
correct.  Minn. Stat. § 358.116.**

Dated:  June 9  2023

Thomas Gerard Shimota