UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Thomas Gerard Shimota
asf B&T INVESTMENTS LLC

                              Chapter 13
                              Case No. 23-31016 KLT

Debtor.

## CORPORATE DISCLOSURE STATEMENT

loanDepot.com, LLC hereby declares the following:

    LOANDEPOT.COM ("Defendant") is 99.9% owned by LD Holdings, Inc., a Delaware corporation. No publicly held corporation owns 10% or more of its stock.

Dated: June 17, 2023        LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P.

                                        By:/E/ Kevin T. Dobie
                                        Attorney No. 388322
                                        4500 Park Glen Road, #300
                                        Minneapolis, MN  55416
                                        (952) 925-6888
                                        kevin@minnesotamortgagelaw.com