

Notice of Undeliverable Mail to Debtor

June 30, 2023

From: United States Bankruptcy Court, District of Minnesota

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Thomas Gerard Shimota, Case Number 23-31016, KLT

**RECEIVED BY MAIL**

**JUL 13 2023**

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
St Paul
200 Warren E. Burger Federal Building
and U.S. Courthouse
316 N Robert St
St Paul, MN 55101

---

Undeliverable Address:
Elizabeth Shimota

Role type/cr id; intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

_Elizabeth Shimota_
_9565 Norway Hills Trail_
_Lakeville MN 55044_

[signature]

This is Elizabeth's address for years. You may have entered wrong from my original handwritten sheet

Her Attorney is Cassandra Wolfgram

July 10, 2023

1

Signature of Debtor or Debtor's Attorney _/s/ Thomas H. Strait_    Date July 10, 2023

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**